IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )   Criminal Number 03-15E |
| | ) |
| Donald  Moshier | ) |

The above named defendant satisfied the judgment of April 8, 2003
by paying on September 7 , 2005  the full balance due on his/her court ordered:

      __X__ Assessment
      _____ Fine
      _____ Costs
      _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  10/24/05
Deputy Clerk                              Date